AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Peterson, James D. | District Court - Western Wisconsin | 8/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

120 North Henry Street, Suite 560
Madison, WI 53703

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust No. 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998-1999 | Wisconsin Retirement System Plan; balance payable at retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | SSA Retirement |
| 2. | 2020 | University of Wisconsin Law School - stipend for teaching |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Ally Bank cash account | A | Interest | K | T | | | | | |
| 2. UW Credit Union cash account | A | Interest | K | T | | | | | |
| 3. Associated Banc-Corp Stock | D | Dividend | M | T | | | | | |
| 4. CREF Stock | | None | M | T | | | | | |
| 5. Fidelity Government Money Market Fund | A | Int./Div. | J | T | | | | | |
| 6. GK Phenomenelle Fund LLC Membership | | None | J | U | | | | | |
| 7. Fidelity Core Cash Account (Fidelity Gov Cash Reserves) | A | Interest | | | Closed | 01/01/20 | J | A | |
| 8. Fidelity Int'l Enhanced Index Fund | A | Dividend | K | T | | | | | |
| 9. Fidelity US Bond Index Fund | D | Int./Div. | M | T | | | | | |
| 10. Fidelity Conservative Income Bond Fd | A | Int./Div. | K | T | | | | | |
| 11. Fidelity Inflat-Prot Bd Index Fund | B | Dividend | J | T | | | | | |
| 12. Fidelity Government Cash Reserves | A | Interest | | | Closed | 01/01/20 | J | A | |
| 13. Fidelity Flex 500 Index Fund | D | Dividend | N | T | Sold (part) | 01/13/20 | J | A | |
| 14. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 15. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 16. | | | | | Sold (part) | 04/17/20 | J | A | |
| 17. | | | | | Buy (add'l) | 05/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 06/10/20 | J | A | |
| 19. | | | | | Sold<br>(part) | 09/09/20 | J | A | |
| 20. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 21.    Fidelity Flex International Index Fund | C | Dividend | M | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 22. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 25. | | | | | Sold<br>(part) | 05/26/20 | J | A | |
| 26. | | | | | Sold<br>(part) | 06/10/20 | J | A | |
| 27. | | | | | Sold<br>(part) | 09/09/20 | J | A | |
| 28. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 29.    Fidelity Flex Small Cap Index Fund | A | Int./Div. | K | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 31. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 32. | | | | | Sold<br>(part) | 05/28/20 | J | A | |
| 33. | | | | | Sold<br>(part) | 06/10/20 | J | A | |
| 34. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/08/20 | J | A | |
| 36. Fidelity Flex Mid Cap Index Fund | A | Int./Div. | K | T | Buy (add'l) | 03/12/20 | J | | |
| 37. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 38. | | | | | Sold (part) | 04/17/20 | J | A | |
| 39. | | | | | Sold (part) | 05/26/20 | J | A | |
| 40. | | | | | Sold (part) | 06/10/20 | J | A | |
| 41. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 42. | | | | | Sold (part) | 12/08/20 | J | A | |
| 43. Fidelity Flex Cons Income Bond Fund | A | Dividend | K | T | Buy (add'l) | 01/13/20 | J | | |
| 44. | | | | | Sold (part) | 02/27/20 | J | A | |
| 45. | | | | | Sold (part) | 03/12/20 | J | A | |
| 46. | | | | | Sold (part) | 03/27/20 | J | A | |
| 47. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 48. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 49. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 50. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 51. | | | | | Buy (add'l) | 12/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Fidelity Flex U.S. Bond Index Fund | D | Int./Div. | M | T | Buy (add'l) | 01/13/20 | J | | |
| 53. | | | | | Sold (part) | 02/27/20 | J | A | |
| 54. | | | | | Sold (part) | 03/12/20 | K | A | |
| 55. | | | | | Sold (part) | 03/27/20 | K | A | |
| 56. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 57. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 58. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 59. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 60. | | | | | Buy (add'l) | 12/08/20 | K | | |
| 61. Fidelity Flex Government Money Mkt | A | Dividend | J | T | | | | | |
| 62. Fidelity Deposit at BNY Mellon | A | Interest | J | T | | | | | |
| 63. Fidelity Deposit Peoples Bank | A | Interest | J | T | Open | 01/01/20 | J | | |
| 64. IShares Core S&P Small Cap | A | Dividend | K | T | | | | | |
| 65. IShares TR EAFE Sml Cp | A | Int./Div. | J | T | | | | | |
| 66. IShares TR EAFE Grwth ETF | A | Dividend | J | T | | | | | |
| 67. IShares Inc Core MSCI Emerging Mkts | A | Dividend | K | T | | | | | |
| 68. Ishares Inc Core MSCJ Emerging Mkts ETF (W) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Fidelity Flex 500 Index Fund (W) | B | Dividend | M | T | Buy (add'l) | 03/12/20 | J | | |
| 70. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 71. | | | | | Sold (part) | 04/17/20 | J | A | |
| 72. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 73. | | | | | Sold (part) | 06/10/20 | J | A | |
| 74. | | | | | Sold (part) | 09/09/20 | J | A | |
| 75. | | | | | Sold (part) | 12/08/20 | J | A | |
| 76. Fidelity Flex Cons Income Bond Fund (W) | A | Dividend | K | T | Sold (part) | 03/12/20 | J | A | |
| 77. | | | | | Sold (part) | 03/27/20 | J | A | |
| 78. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 79. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 80. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 81. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 82. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 83. Fidelity Flex International Index (W) | B | Dividend | L | T | Buy (add'l) | 02/26/20 | J | | |
| 84. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 85. | | | | | Buy (add'l) | 03/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 87. | | | | | Sold (part) | 05/26/20 | J | A | |
| 88. | | | | | Sold (part) | 06/10/20 | J | A | |
| 89. | | | | | Sold (part) | 09/09/20 | J | A | |
| 90. | | | | | Sold (part) | 12/08/20 | J | A | |
| 91. Fidelity Flex Small Cap Index Fund (W) | A | Dividend | J | T | Buy (add'l) | 02/26/20 | J | | |
| 92. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 93. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 94. | | | | | Sold (part) | 05/26/20 | J | A | |
| 95. | | | | | Sold (part) | 06/10/20 | J | A | |
| 96. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 97. | | | | | Sold (part) | 12/08/20 | J | A | |
| 98. Fidelity Flex U.S. Mid Cap Index Fund (W) | A | Dividend | L | T | Buy (add'l) | 03/12/20 | J | | |
| 99. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 100. | | | | | Sold (part) | 04/17/20 | J | A | |
| 101. | | | | | Sold (part) | 05/26/20 | J | A | |
| 102. | | | | | Sold (part) | 06/10/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, James D. | 8/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 104. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 105.  Fidelity Flex U.S. Bond Index Fund (W) | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | A | |
| 106. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 107. | | | | | Sold<br>(part) | 03/27/20 | J | A | |
| 108. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 05/26/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 06/10/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 113.  Vanguard Institutional Index (W) | C | Dividend | M | T | Sold<br>(part) | 07/01/20 | K | A | |
| 114.  Vanguard Total Bond MKT ADM (W) | A | Int./Div. | K | T | Sold<br>(part) | 07/01/20 | J | A | |
| 115.  Vanguard Target Retirement 2020 (W) | F | Dividend | O | T | Sold<br>(part) | 07/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peterson, James D.** | 8/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments designated at line 99 as Fidelity Flex Mid Cap Fund (W) was incorrectly labeled as Fidelity Flex U.S. Bond Index Fund (W) at line 178 on previous report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James D. Peterson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544